**RECEIVED**
NOV 17 2017
BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

**FILED**
NOV 17 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Louis Neal Zeigenbein )
)
#1169778 )
)
)
_____ )
)
(Enter above the full name of the )
Plaintiff in this action. Include prison )
registration number.) )
)
v. )
)
Steve Howell Plant Mangr. MVE )
)
Eric Jones Floor Mangr, MVE )
)
Warren Howard Sup. MVE )
)
Tiffany Breeden Corizon Med. SCCC )
)
Mr. Co See Attachment igator )
(Enter above the full name of ALL Defend- )
ant(s) in this action. Fed. R. Civ. P. 10(a) )
requires that the caption of the complaint )
include the names of **all** the parties. Merely )
listing one party and "et al." is insufficient. )
Please attach additional sheets if necessary. )

**4:17CV02749 AGF**

In what capacity are you suing the defendants?

☐ Official
☐ Individual
☒ Both

**PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983**

I.   PLACE OF PRESENT CONFINEMENT:

   Moberly Correctional Center P.O. Box 7 Moberly, Mo. 65270

II.  PREVIOUS CIVIL ACTIONS:

   A.   Have you brought any other civil actions in state or federal court dealing with the same facts involved in this action or otherwise relating to your confinement?

        YES [ ]          NO [X]

Mr. Coatney, MDOC Investigator.

Dr, Laurel Davison, Corizon Medical-MCC

Dr. Ruanne Stamps, Corizon Medical-MCC

Sgt. Ipoc, SCCC

Assistant Deputy Warden Terena Ballinger-SCCC

Assistant Director-MDOC, John Scott

Case: 4:17-cv-02749-AGF   Doc. #: 1   Filed: 11/17/17   Page: 2 of 18 PageID #: 2

B. If your answer to "A" is YES, describe the action(s) in the space below. If there is more than one action, you must describe the additional action(s) on a separate piece of paper, using the same format as below.

1. Parties to previous civil action:

   Plaintiff: ~~N/A~~ _____

   Defendant(s): _____

2. Court where filed: _____

3. Docket or case number: _____

4. Name of Judge: _____

5. Basic claim made: _____

6. Present disposition (Is the case still pending? Is it closed? If closed, was it appealed?): _____

III. GRIEVANCE PROCEDURES:

A. Is there a prisoner grievance procedure at the institution in which you are incarcerated?

   YES [X]          NO [ ]

B. Have you presented this grievance system the facts which are at issue in this complaint?

   YES [X]          NO [ ]

C. If your answer to "B" is YES, what steps did you take: _____

   SCCC-14-826

   MCC-17-754

D. If your answer to "B" is NO, explain why you have not used the grievance system:

   _____

   _____

IV. PARTIES TO THIS ACTION:

   A. Plaintiff

      1. Name of Plaintiff: Louis Neal Zeigenbein
      2. Plaintiff's address: Moberly Correctional Center P.O.Box7 Moberly, Mo. 65270
      3. Registration number: #01169778

   B. Defendant(s)

      1. Name of Defendant: Steve Howell          (SCCC)
      2. Defendant's address: 255 West Hwy. 32 Licking, Mo. 65542
      3. Defendant's employer and job title: Missouri Vocational Enterprise (MVE) Plant Manager
      4. Additional Defendant(s) and address(es): Eric Jones   (SCCC) 255 West Hwy. 32 Licking, Mo. 65542   (MVE) Floor Manager

                      **SEE ATTCHED:**

Warren Howard (SCCC)
255 West Hwy. 32
Licking, Mo. 65542
Missouri Vocational Entreprises (MVE)
Supervisor Carpentry/Sandline

---

Tiffany Breeden (SCCC)
255 West Hwy. 32
Licking, Mo. 65542
Corizon Medical Services
Nurse-RN

---

Mr. Coatney (MDOC)
2729 Plaza Drive.
P.O. Box 236
Jefferson City, Mo. 65102
Investigator

---

Dr. Laurel Davison (MCC)
P.O. Box 7
Moberly, Mo. 65270
Nurse Practioner
Corizon Medical Services

---

Dr. Ruanne Stamps (MCC)

P.O. Box 7

Moberly, Mo. 65270

Lead Doctor

Corizon Medical Services

---

Sgt. Ipoc (SCCC)

255 West Hwy. 32

Licking, Mo. 65542

Property Room Sgt.

South Central Correctional Center

---

Assistant Deputy Warden (SCCC)

Terena Ballinger

255 West Hwy. 32

Licking, Mo. 65542

South Central Correctional Center

---

Assistant Director (MDOC)

John Scott

2729 Plaza Drive

Jefferson City, Mo. 65102

Missouri Department of Corrections

V.  COUNSEL

   A.  Do you have an attorney to represent you in this action?

   YES  [ ]          NO   [X]

   B.  If your answer to "A" is NO, have you made an effort to contact an attorney to represent you in this matter?

   YES  [X]          NO   [ ]

   C.  If your answer to "B" is YES, state the name(s) and address(es) of the attorneys you contacted and the results of those efforts:

   <u>Jasper N. Edmundson Sunset and Hwy. 67N.</u>

   <u>1980 State Street, P.O. Box 1049, Poplar Bluff, Mo.</u>

63902    <u>63902                          See Attached</u>

   D.  If your answer to "B" is NO, explain why you have not made such efforts:

   _____

   _____

   E.  Have you previously been represented by counsel in a civil action in this Court?

   YES  [ ]          NO   [X]

   F.  If your answer to "E" is YES, state the attorney's name and address:

   _____

   _____

7 of 18

Law Office of Smith and Turley

243 VFW Memorial Drive

St. Robert, Mo. 65584

---

Andrew S. Webb, ESQ

410 South Ohio Ave.

Sedalia, Mo. 65301

## VI. STATEMENT OF CLAIMS

Louis N. Zeigenbein, )
    Plaintiff, )
)
V. )   The Declaration of
)   Louis N. Zeigenbein
Steve Howell, )
    et, al, )

I, Louis N. Zeigenbein, hereby declare:

### CLAIM ONE

In Violation of the United States Constitution Amendments 8 and 14, Mr. Warren Howard, MVE Supervisor over Carpentry/sand-line, ordered Plaintiff to do a dangerous act, thus resulting in severe trauma to his left hand.

### SUPPORTING FACTS

1. Plaintiff was employed at MVE (Missouri Vocational Entreprises) in Licking, Mo. (SCCC) as a carpentry helper from July 2012 to May of 2014.

2. Plaintiff was ordered, after refusing, by Mr. Warren Howard to operate the sanding machine, known as a "Time Saver" by overiding the Safety Switch, with the Safety door open and clean the belt with an inappropriate cleaning block, which is used for a disc sander and/or belt sander. Requiring the Safety switch overide.

3. The warning signs on the machine state: **"DO NOT OPERATE MACHINE WITH DOOR OPEN AND NEVER PLACE HANDS NEAR MOVING BELTS."**

4. I was threatened by Mr. Warren Howard that if I did not comply, I would be placed on dis-segregation, for disobeying an order.

5. I began cleaning the sanding belt in the inappropriate

manner as I was ordered.

6. An IOC (Interoffice communication) was written by Mr. Eric Jones, Floor Manager at the Licking, Mo. facility, stating I would perform the process against the machines manufacturers safety recommendations.

7. On April 17, 2014, I was cleaning the machines belt as the order aforementioned required. The too small of cleaning block hit a bad spot in the belt, causing my left hand to be drawn into the machine, thus causing severe trauma to my left hand. At around 10:00 a.m..

8. My left hand was drawn into the machines sanding belt and roller, grinding my index, middle and ring fingers to the bone, also requirng carpal tunnel surgery and disc fusion on my neck from the nerve damage, before the machines break stopped the belt moving, after I released the overidden safety switch with my right hand.

9. I was sent to Corizon Medical in SCCC without any assistance, until Sgt. Case saw me, he was infront of 2 house and came to help. CO Neher was infront of the gym and witnessed no escort.

10. At Corizon Medical's ER room, Nurse Tiffany Breeden, placed gauze on my hand and repeatedly poured saline solution on my left hand to keep it moist.

11. After a couple of hours, I was transported to the Hospital in Houston, Mo. by Sgt. Case and CO Merritt, at 1:00 p.m..

12. At the ER, ER doctor looked at my hand and stated a hand specialist would be required to repair the injury.

13. I was transported to St. Mary's Hospital in Jefferson City, Mo. arriving at around 4 to 4:30 p.m., where Dr. Joyce Wilson (JCMG) performed the surgery.

14. I had to have three surgeries related to the injury:

    1. 4-17-14, the original surgery.

    2. 4-8-15, Carpal Tunnel surgery.

    3. 10-9-15, neck, disc fusion surgery.

15. On April 18th or 19th, 2014, Plant Manager Steve Howell came to Corizon Medical to interview me, about what happened. I explained the aforementioned actions vy Mr. Eric Jones and Mr. Warren Howard. He stated, their actions were inappropriate, saying he knew nothing about this or it would not have been done.

16. Offenders Brian Schnieder, John Hollandsworth, Gerard Grenier, and Alvin Ray are eye witnesses to Mr. Howard giving the order to clean the machine unsafely. Jerry Lee Mitchell witnessed the IOC written by Mr. Jones placed in the envelope.

## CLAIM TWO

In Violation of the United States Constitution Amendments 5, 6, 8, and 14, in retaliation to coverup the acts of the MVE Managers, Plaintiff was issued a Conduct Violation for the accident by Mr. Coatney, MDOC Investigator on May 29, 2014. (Grievance No. SCCC 14 826).

## SUPPORTING FACTS

1. Plaintiff grieved the CDV through the MDOC Policy D5-3.2 to Assistant Deputy Warden Terena Ballinger and Assistant Director John Scott.

2. The CDV was upheld as Lawful, answering **"you were found guilty of disobeying a direct order and not following mve guidelines'** and sanctioned on the Violation, therefore your grievance is denied.

3. The Violation was not re-written due to error of the time at the hearing and still pending in the MDOC computer system.

4. Mr. Coatney stated that Plaintiff purposely stuck his hand in the machine to cause his own injury at 1:00 p.m., instead of 10:00 a.m.. Although, he was informed of the directive given by Mr. Howard and the IOC written by Mr. Jones.

5. Stan Cook was also issued a Violation, as he had turned on the machine, but later dropped and given his job back in August of 2014.

### CLAIM THREE

In Violation of the United States Constitution Amendments 1, 5, 6, 8, and 14, Sgt. Ipoc at SCCC, property room is denying me access to the evidence of the aforementioned claims, which denies access to the courts.

### SUPPORTING FACTS

1. Offender Ace Wilkens, inmate practicing law, was assisting in developing this 42 U.S.C. 1983 at SCCC.

2. I was transferred June 30,2016. Mr. WIlkens has all the legal evidence in his possession.

3. Mr. WIlkens was placed in dis-segregation. When released Sgt. Ipoc will not allow Mr. WIlkens to have access to any legal property and as a result, Plaintiff has been denied access to the courts.

### CLAIM FOUR

This Court has Authority under 28 U.S.C. §1367 for supplemental Jurisdiction for these claims that fall under State Law Tort Claims.

To be clear, I have the following residual conditons from the accident and surgeries:

-X-12 of 18

-Loss of use in fingers/hand.

-Strenght in my hand.

-Joint pain in fingers.

-No feeling in hand on top.

-Permanent nerve damage in hand.

-Stinging/burning of the nerves in my hand.

-Flexibility.

-Coldness in hand.

-Not able to grip/hold things, hand cramps, tightens and releases on its own.

-Cramps up after making a fist, hurts to straighten out fingers.

-Ambidextrious, can write with both hands. Only use right hand to write with.

-Not able to perform with left hand such as throwing the ball, eating, writing, etc..

-Turns colors, blood return.

-Ulnar nerve pain, epicondylitis injection in elbow, did not help

-Severe arthritis in neck, stiffness/soreness.

-Throat tender, not able to swallow pills or food at times, I have to drop my head to get these things down.

-Nerves from neck to hand still healing. Stinging/burning (ripped apart in neck due to accident.

-Nerves in vision makes things very blurry, twitching.

-Lower back pain, nerves.

-Loss of sleep to hand, neck, and back keeping me awake at night, Corizon Medical not giving proper medication for nerve pain. was given Gabepentin 800mg 3x day for a couple of months before being taken off by Dr. Ruanne Stamps at MCCC, Moberly, Mo.

-Still pain in wrist from Carpal Tunnel surgery.

-Fingers still not able to bend normally.
-Middle finger (jopint/knuckle) ground down.
-Cannot make a proper fist.
-Nerve bruising/protrusion on top of fingers.
-Not able to feel cuts, scrapes, etc. due to accident.
--Only notice I did something if its bleeding.
-Not able to fully straighten fingers.
-Refusal to send back to Dr. Joyce Wilson (JCMG). Drs. only say after 3 surgeries, no more will help. Live with it.

## CLAIM FIVE

In Violation of Title II of the ADA, 42 U.S.C. §12101 et. seg.. Plaintiff was denied by unknown, Vocational trade classes at WMCC during orientation in Cameron, Mo. Violating United States Constitution Amendments 5, 8, and 14.

## SUPPORTING FACTS

1. Plaintiff due to the residuals of the accident and surgeries is a qualified person with a dissability.

2. On or about, July 2016, the unknown Manager denied Plaintiff any and all Vocational trade training due to dissability residuals of the accident and surgeries.

## CLAIM SIX

In Violation of United States Constitution Amendments 8 and 14. Dr. Ruanne Stamps at MCC is denying previous doctor prescribed treatments. Denying appropriate medication, access to an orthopedic surgeon, and other specialist such as Physical Therapy. Nearly all Health care has stopped since Dr. Ruanne Stamps became the head Doctor at MCC.

## SUPPORTING FACTS

1. July 24, 2017, Dr. Stamps denies Plaintiff medication previously prescribed by doctors, such as Gabepentin.

2. Filed grievance on Dr. Stamps. Grievance No. MCC 17 754.

3. August 9, 2017, Seen Dr. Laurel Davison for Dr. Stamps, asked how the Cynbalta is doing. Nothing else done.

4. October 3, 2017, Dr. Stamps puts me on Oxcarbapezine. After going to sick call complaing.

5. October 26, 2017, Dr. Stamps takes me off Oxcarbapezine, sodium levels too low, below normal range.

6. October 26, 2017, Dr. Stamps put in for Lidocaine patch for my back and Nortriptolyne for hand.

7. October 30, 2017, Presribed medication was not ordered. Lidocaine patch still pending.

8. November 1, 2017, Lidocaine patch came in, still nothing ordered on Nortriptolyne as of 11-6-17. Went to sick call on 11-1-17, and Nurse was to talk to Dr. Ruanne Stamps, nothing else has been done.

9. November 3, 2017, recieved anser on grievance and denied for giving me proper medication.

## CLAIM SEVEN

In Violation of United States Constitution Amendments 5, 8, and 14; Title II of the ADA U.S.C. §12101 et. seg. Plaintiff is forced to sleep on an inferior mattress, on a flat piece of steel which causes him great pain, sleeplessness, affecting a major life activity.

## SUPPORTING FACTS

1. Plaintiff is a qualified person with a dissability.

-X-15 of 18

2. Dr. Ruanne Stamps refuses to prescribe a prescription for appropriate bedding.

3. MDOC ADA Coordinator Assistant Deputy Warden Lisa Pogue refuses to follow Federal Law concerning disabled persons reasonable accomodations.

All statements contained in the foregoing are true and correct under 28 U.S.C. §1746 and the penalty for perjury.

Executed at MCC, Moberly, Mo. on this 14th day of Nov., 2017.

Signed, *Louis N. Zeigenbein* #1169778
Louis N. Zeigenbein #1169778

## CERTIFICATE OF SERVICE

I hereby certify on this 14th day of Nov., 2017, a true and correct copy of the foregoing was prepaid to:

United States District Court
of Eastern Missouri
111 South Tenth Street,
Room 3.300
St. Louis, Mo. 63102

Respectfully Submitted,
*Louis N. Zeigenbein* #1169778
Louis N. Zeigenbein #1169778
Moberly Correctional Center
P.O. Box 7
Moberly, Mo. 65270

VII.  RELIEF

State briefly and exactly what you want the Court to do for you. Do not make legal arguments. (Note: If you are a **state** prisoner and you seek from this Court relief that affects the length or duration of your imprisonment, your case **must** be filed on a § 2254 form.)

Injunctive relief, Corizon Corrections Health Care Incorporated and MDOC, ADA Coordinator/Operations assistant Warden Lisa Pogue to facilitate neccessary medical services with pain mitigating specialist, orthopedic surgeon, and physical therapist as prescribed by the special-

see attached:

VIII.  MONEY DAMAGES:

A) Do you claim either actual or punitive monetary damages for the acts alleged in this complaint?

YES [X]      NO [ ]

B) If your answer to "A" is YES, state below the amount claimed and the reason or reasons you believe you are entitled to recover such money damages:

$25 Million compensation

$100 Million punitive

IX.  Do you claim that the wrongs alleged in the complaint are continuing to occur at the present time?

YES [X]      NO [ ]

_Louis N. Ziegenbein_
Signature of attorney or pro se Plaintiff

Nov. 14, 2017
Date

-N- 17 of 18

ist and any other neccessary assistance forthcoming from the specialist prescriptions, and any other relief this Court deems proper.